IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOME INSTEAD, INC., a Nebraska corporation, | ) ) ) | Case No. 8:11CV235 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| HIGHER GROUND ASSOCIATES, INC., a Colorado corporation, and PETER BUGBEE, an individual, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter came before the Court on the Stipulated Motion to Dismiss With Prejudice (Filing No. 24) filed by Plaintiff Home Instead, Inc.  The Court, being fully advised in the premises, finds that the motion should be granted.

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice, with each party to pay their own attorneys fees and costs.

Dated this 12th day of October, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge